

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>JOHNATHAN ALLEN GREEN,<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:21-MJ-00136<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __March 22, 2021__, _____, at __11:00__ ☒a.m. / ☐p.m. before the Honorable __Douglas F. McCormick__, in Courtroom __10D__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __March 15, 2021__        _/s/ Douglas F. McCormick_
                                 U.S. ~~District Judge~~/Magistrate Judge